SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**KEMP STRICKLAND, OSB #961185**
Kemp.Strickland@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-00058-SI** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **BRAYAN DOBLADO-MORALES,** | |
| **Defendant.** | |

**Introduction**

Defendant is 30 years old and is scheduled to be sentenced following an entry of a guilty plea to Count 1 of the indictment charging Possession with the Intent to Fentanyl. The parties' stipulate Doblado-Morales possessed with the intent to deliver at least 280 but less than 400 kilograms of fentanyl. There are no disputes between the parties regarding the facts of the case nor the advisory guideline calculations.

Defendant entered the U.S. illegally before he started selling fentanyl on the streets of Portland. He was provided the benefits of early acceptance and safety valve via plea offer – which reduced his sentence substantially. His low-end advisory guideline range is 27-33 months custody. There is no reason to reduce his sentence any further based on the danger he represented to the

community at large by distributing a dangerous drug on the streets. The government recommends a total sentence of 27 months imprisonment, followed by three years of supervised release.

**Conclusion**

Based on the foregoing, the government recommends this Court impose a 27-month term of imprisonment followed by a 3-year term of supervised release.

Dated: August 20, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Kemp L. Strickland*
KEMP L. STRICKLAND, OSB #961185
Assistant United States Attorney